UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-61686 CIV-SEITZ/O'SULLIVAN

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

ACE GROUP, INC., a Delaware
Corporation also d/b/a AMERICAN
CREDIT EXPERTS, INC., THE ACE
GROUP, INC., THE ACE GROUP and
ACE LEGAL CREDIT REPAIR
CENTER, INC., a Florida corporation
also d/b/a LCRC, MICHAEL SINGER,
MELVIN KESSLER and GERALD ROTH,

        Defendants.

_____/

## SUGGESTION OF BANKRUPTCY

Defendant, Melvin Kessler, gives notice that on December 10, 2008, he filed a petition

for relief under Chapter 7, United States Code, in the United States Bankruptcy Court for the

Southern District of Florida, that the petition has been assigned case number 08-28848-RBR and

suggests that this action has been stayed as against defendant Melvin Kessler by the operation of

Title 11 U.S.C. Section 362.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of January, 2009, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified in the

attached Service List in the manner specified, either via transmission of Notices of Electronic

1

*FEDERAL TRADE COMMISSION v. ACE GROUP, INC., et al.*
*CASE NO.: 08-61686 CIV-SEITZ/O'SULLIVAN*

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.

FREEDMAN & McCLOSKY, P.A.
Attorneys for defendants
Wachovia Tower – Suite 700
One East Broward Boulevard
Fort Lauderdale, FL 33301
Tel: (954) 764-3800
Fax: (954) 764-2840
Email: rbm@fmfloridalaw.com


BY: _____
      Reed B. McClosky, Esq.
      FLORIDA BAR NO.: 297534

## SERVICE LIST

Michele Stolls, Esq.
FEDERAL TRADE COMMISSION
One Bowling Green
Suite 318
New York, NY  10004
Tel: (212) 607-2829
Fax: (212) 607-2822
Email: mstolls@ftc.gov
Attorneys for Plaintiff
VIA CM/ECF

Robin E. Eichen, Esq.
FEDERAL TRADE COMMISSION
One Bowling Green
Suite 318
New York, NY  10004
Tel: (212) 607-2829
Fax: (212) 607-2882
Email: reichen@ftc.gov
Attorneys for Plaintiff
VIA CM/ECF

X:\RBM\AMERICAN CREDIT EXPERTS\ADV. FTC\SUGG.BANKRUPT.KESSLER.DOC